**Billy Eugene BROWN, Appellant,**

v.

**Linda SANDERS, Warden, Federal Correctional Institution, Forrest City, Arkansas, Appellee.**

No. 05–3980.

United States Court of Appeals, Eighth Circuit.

Submitted: March 27, 2007.

Filed: April 6, 2007.

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

Billy Eugene Brown, Forrest City, AR, pro se.

Fletcher E. Jackson, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Federal inmate Billy Eugene Brown appeals the district court's [1] dismissal of his 28 U.S.C. § 2241 petition, in which he alleged that his constitutional rights were violated by a disciplinary action that resulted in his loss of good conduct time. The district court held that the disciplinary finding was supported by "some evidence" and, upon careful review of the record and the parties' submissions on appeal, we agree. Accordingly, we affirm. 8th Cir. R. 47B.

---

1. The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).